**U.S. Probation and Pretrial Services**
# MEMORANDUM

**DATE:** July 28, 2015

**TO:** The Honorable James K. Bredar
U.S. District Judge

**FROM:** Toni Duncan
U.S. Probation Officer

**SUBJECT:** Shabazz, Farid
Docket No.: 1:15CR00189 (Transferred jurisdictionally from St. Croix
Supervised Release Expiration Date: April 15, 2017

**SUBJ:** **REQUEST FOR EARLY TERMINATION**

The purpose of this memorandum is to respectfully request Your Honor consider granting Farid Shabazz an early termination from supervision. Pursuant to 18 U.S.C. §§ 3564 (c) and 3583 (e)(1), courts are permitted to terminate probation in misdemeanor cases at any time and to terminate supervised release or probation in felony cases after one year, if such action is warranted.

On September 27, 2004, Mr. Shabazz appeared before the Honorable Raymond L. Finch, Chief U.S. District Judge in the District Court of the United States Virgin Islands St. Croix Division, for sentencing on the charge of Conspiracy to Import Controlled Substance. Mr. Shabazz was sentenced to the custody of the Bureau of Prisons for a period of 120 months, to be followed by a 5 year term of supervised release. The term of supervision included the following additional conditions:

1. To pay the fine of $2,000.

While under supervision, Mr. Shabazz has complied with all standard conditions. The $2,000 fine was paid in full. In addition, Mr. Shabazz has maintained a stable residence at 6304 Elinore Avenue, Baltimore, MD 21206 with his family. He is currently employed at Smart Steps Children's Centers. Our last personal contact with Mr. Shabazz was on June 29, 2015.

A criminal record check was completed on July 23, 2015. The record check as well as collateral and personal contacts indicates that Mr. Shabazz is leading a crime free lifestyle. He did not play an aggravated role in the instant offense, we have identified no individual or public safety risks, and there has been no indication of violence while on supervision. He has successfully completed over half of his term of supervision.

Re: Shabazz, Farid
Page: 2
July 23, 2015

Pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision 10 business days prior to submission to the Court. The U.S. Attorney's Office has no objection.

I respectfully recommend Your Honor grant this request for early termination of supervision and indicate your preference below. If you have any questions, please contact me at 410-962-6914.

Enclosures

_____
Brian K. Schwanke
Supervisory U.S. Probation Officer

__✓____ Approve early termination (Please sign the attached order)

_____ Schedule an early termination hearing

_____ Disapprove early termination

_____        _July 31, 2015_
The Honorable James K. Bredar             Date
U.S. District Judge